In the matter of the claim of Mary RHEINWALD for compensation for the death of Robert Rheinwald, respt., v. BUILDERS' BRICK & SUPPLY COMPANY, employer. and Fidelity & Deposit Company of Maryland, insurance carrier, applts. (Supreme Court, Appellate Division, Third Department. September

13, 1916.) Award reversed, on the authority of Matter of Bargey v. Massaro Macaroni Co., 218 N. Y. 410, 113 N. E. 407. All concur, except Woodward, J., who votes to affirm on the opinion in Matter of Rheinwald v. Builders' Brick & Supply Co., 168 App. Div. 425, 153 N. Y. Supp. 598.